WILLIAM P. RAE COMPANY, Appellant, Respondent, v. HELEN A. COURTNEY and Others, Respondents, Appellants.— Judgment modified by fixing the amount of the consideration to be paid by plaintiff to defendants Helen A. Courtney and Laura J. Roache at the sum of $100,000, and as so modified unanimously affirmed, without costs. The lease is not a burden on the fee and should not be considered

in fixing the purchase price. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and appropriate conclusions will be made. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ. Settle order on notice.